United States District Court
Northern District of California

1
2
3
4
5        UNITED STATES DISTRICT COURT
6        NORTHERN DISTRICT OF CALIFORNIA
7        SAN JOSE DIVISION
8

| | |
|---|---|
| K.C. et al., | Case No.  5:21-cv-08008 NC |
| Plaintiffs, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| v. | |
| SOLEDAD UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Virginia K. DeMarchi for consideration of whether the case is related to 5:19-cv-06196 VKD, *C.G., et al. v. Soledad Unified School District, et al.*

**IT IS SO ORDERED.**

Dated:  November 3, 2021

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 21-cv-08008 NC
SUA SPONTE JUDICIAL REFERRAL